| | |
|---|---|
| CASPER RANKIN (SBN 249196)<br>JARED D. BISSELL (SBN 272687)<br>PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92117-0933<br>Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385<br><br>Attorneys for Movant<br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS MORTGAGE FUNDING TRUST 2006-S L1, MORTGAGE BACKED-CERTIFICATES, SERIES 2006-SL1SL1 | **FILED & ENTERED**<br><br>MAR 09 2012<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY ghaltchi   DEPUTY CLERK |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JENNIFER LOUISE MORRISON,<br><br>Debtor | Case No. 2:11-BK-34996-NB<br><br>Chapter 13<br><br>ORDER ON STIPULATION RE: AVOIDANCE OF LIEN<br><br>Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, CA 90012-3332 |

/././

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS MORTGAGE FUNDING TRUST 2006-SL1, MORTGAGE BACKED-CERTIFICATES, SERIES 2006-SL1SL1 , by and through its counsel of record, Pite Duncan, LLP: Debtor, Jennifer Louise Morrison, by and through attorney of record, Lauren S Hurr; hereby stipulate to the Treatment of Creditor's Claim Pursuant to Debtors' Chapter 13 Plan in regards to the Real Property commonly described as 5000 South Centinela Avenue #335, Los Angeles, California 90066.

IT IS HEREBY ORDERED:

I.    The Stipulation Regarding Avoidance of Creditor's Lien that was filed on March 9, 2012, at docket number 37 is hereby adopted as an Order of the Court.

###

DATED: March 9, 2012

_____
United States Bankruptcy Judge

- 2 -

# PROOF OF SERVICE OF ORDER

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

The foregoing document described ORDER ON STIPULATION RE: AVOIDANCE OF LIEN will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 9, 2012 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On March 9, 2012 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Honorable Thomas B. Donovan
U.S. Bkcy Court, Roybal Fed Bldg, 255 E. Temple
St, Ste 1352, Los Angeles, CA 90012

Kathy A Dockery (TR)
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

Lauren S Hurr
19725 Sherman Wy Ste 285
Winnetka, CA 91306

Jennifer Louise Morrison
5000 Centinela Avenue
No 335
Los Angeles, CA 90066

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 9, 2012 | Kelsey Warne | /s/ Kelsey Warne |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

- 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ORDER ON STIPULATION RE: AVOIDANCE OF LIEN was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 9, 2012, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

| | |
|---|---|
| Lauren S Hurr | lhurrlaw@gmail.com |
| Kathy A Dockery (TR) | efiling@ch13la.com |
| Jared D. Bissell | ecfcacb@piteduncan.com |
| U.S. Trustee | ustpregion16.la.ecf@usdoj.gov |

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Jennifer Louise Morrison
5000 Centinela Avenue
No 335
Los Angeles, CA 90066

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page