**FILED & ENTERED**

MAR 28 2012

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY toliver     DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Jennifer Louise Morrison<br><br>                                    Debtor. | Case No.: 2:11-bk-34996-NB<br><br>CHAPTER 13<br><br>**ORDER DENYING MOTION TO AVOID LIEN**<br><br>Date:       October 20, 2011<br>Time:       10:00 AM<br>Courtroom: 1345 |

    Debtor's *Motion to Determine Value of Real Property and to Extinguish Lien of the Second Mortgage* (docket #22) is hereby DENIED.  Debtor failed to use the court form for this motion and there is no proof of service of the motion, as required by LBR 9013-1(c)(2), (d)(2) and (e).

    IT IS SO ORDERED.

DATED: March 28, 2012


United States Bankruptcy Judge

-1-

**NOTE TO USERS OF THIS FORM**:
1)  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2)  The title of the judgment or order and all service information must be filled in by the party lodging the order.
3)  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING MOTION TO AVOID LIEN** was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***3/21/12***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Jared D Bissell on behalf of Creditor U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholder
ecfcacb@piteduncan.com

Kathy A Dockery (TR)
efiling@CH13LA.com

Arnold L Graff on behalf of Interested Party Courtesy NEF
ecfcacb@piteduncan.com

Lauren S Hurr on behalf of Debtor Jennifer Morrison
lhurrlaw@gmail.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
Jennifer Louise Morrison
5000 Centinela Avenue
No 335
Los Angeles, CA 90066

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9021-1.1.NOTICE.ENTERED.ORDER**

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9021-1.1.NOTICE.ENTERED.ORDER**